UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH L. HOLLAND,

                Plaintiff,

    v.

KING COUNTY, *et al*.,

               Defendants.

Case No. C17-0170-RSM-MAT

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

This is a civil rights action filed under 42 U.S.C. § 1983. On October 31, 2017, the parties filed a stipulation and order to dismiss this action without prejudice. (Dkt. 29.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), an action may be dismissed without a court order upon submission of "a stipulation of dismissal signed by all parties who have appeared." As the stipulation presented to the Court was, indeed, signed by all parties, no further court action is required. The stipulation has been filed, and the Clerk shall now terminate this action pursuant

/ / /

/ / /

MINUTE ORDER
PAGE - 1

1 | to the request of the parties.

2 |     DATED this 13th day of November, 2017.

3 |                                  WILLIAM McCOOL, Clerk

By  s/ Paula McNabb
   Deputy Clerk

MINUTE ORDER
PAGE - 2